JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO HERRERA, Petitioner, vs. CONNIE GIBSON, Respondent. | ) | Case No. CV 13-0812-JAK (DTB) **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 8, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE